# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4522

_____

JESSE JAMES PHILLIPS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

May 29, 2019

PER CURIAM.

DENIED. *See* Fla. R. App. P. 9.141(d)(5).

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jesse James Phillips, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.